IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Department of Justice, Antitrust Division<br>325 7th Street, N.W., Suite 300<br>Washington, D.C., 20530,<br><br>      Plaintiff,<br><br>      v.<br><br>ICONIX BRAND GROUP, INC.,<br>1450 Broadway, 4th Floor<br>New York, New York 10018<br><br>      Defendant. | Civil Action No.<br><br>Filed:<br><br>COMPLAINT FOR CIVIL<br>PENALTY FOR FAILURE<br>TO COMPLY<br>WITH THE PREMERGER<br>REPORTING REQUIREMENTS<br>OF 15 U.S.C. § 18a<br>THE HART-SCOTT-RODINO ACT |

## STIPULATION

It is stipulated by and between Plaintiff United States of America and Defendant Iconix Brand Group, Inc., through its respective attorneys, that:

1. The Defendant consents that the Court may file and enter a Final Judgment in the form attached to this Stipulation, without further notice to any party or other proceedings, if Plaintiff has not withdrawn its consent, which it may do at any time before the entry of judgment by serving notice of its withdrawal on the defendant, and filing that notice with the Court;

2. The Court has jurisdiction over the subject matter of this action and over each of the

parties hereto, and venue of this action is proper in the United States District Court for the District of Columbia;

3. The Defendant authorizes attorney Thomas M. Dyer of Blank Rome, LLP to accept service of all process in this matter on its behalf; and

4. In the event plaintiff withdraws its consent or if the proposed Final Judgment is not entered pursuant to this Stipulation, this Stipulation shall be of no effect whatever and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

5. The entry of Final Judgment in accordance with this Stipulation settles, discharges, and releases any and all claims of plaintiff for civil penalties pursuant to Section 7A(g)(1) of the Clayton Act, 15 U.S.C. § 18a(g)(1), against the defendant and its officers, directors, employees or trustees, for failure to comply with Section 7A of the Clayton Act, 15 U.S.C. § 18a, in connection with Iconix Brand Group, Inc.'s acquisition of the assets of Rocawear Licensing, LLC.

Dated: Oct. 15, 2007

Respectfully submitted,

FOR PLAINTIFF UNITED STATES
OF AMERICA

_____
Avery W. Gardiner (DC Bar 481404)
Matthew J. Bester
Trial Attorneys
U.S. Department of Justice
Antitrust Division
Litigation III Section
325 7th Street, N.W., Suite 300
Washington, DC 20530
Telephone: (202) 307-2328
Facsimile: (202) 514-7308

FOR THE DEFENDANT
ICONIX BRAND GROUP, INC.

_____
Thomas M. Dyer
Blank Rome, LLP
600 New Hampshire Ave. N.W.
Washington, DC 20037
Telephone: (202) 772-5990
Facsimile: (202) 772-5896

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Department of Justice, Antitrust Division<br>325 7th Street, N.W., Suite 300<br>Washington, D.C., 20530,<br><br>Plaintiff,<br><br>v.<br><br>**ICONIX BRAND GROUP, INC.,**<br>1450 Broadway, 4th Floor<br>New York, New York 10018<br><br>Defendant. | Civil Action No.<br><br>Filed:<br><br>COMPLAINT FOR CIVIL<br>PENALTY FOR FAILURE<br>TO COMPLY<br>WITH THE PREMERGER<br>REPORTING REQUIREMENTS<br>OF 15 U.S.C. § 18a<br>THE HART-SCOTT-RODINO ACT |

## FINAL JUDGMENT

Plaintiff, the United States of America (the "United States"), having commenced this action by filing its Complaint herein for violation of Section 7A of the Clayton Act, 15 U.S.C. § 18a, commonly known as the Hart-Scott-Rodino Antitrust Improvements Act of 1976, and the United States and Defendant, Iconix Brand Group Inc. ("Iconix"), by their respective attorneys, having consented to the entry of this Final Judgment without trial or adjudication of any issue of fact or law herein and without this Final Judgment constituting any evidence against or an admission by the Defendant with respect to any such issue:

Now, therefore, before the taking of any testimony and without trial or adjudication of any issue of fact or law herein, and upon the consent of the parties hereto, it is hereby

Ordered, Adjudged, and Decreed as follows:

I.

The Court has jurisdiction over the subject matter of this action and over the United States and the Defendant. The Complaint states a claim upon which relief can be granted against the Defendant under Section 7A of the Clayton Act, 15 U.S.C. § 18a.

II.

Judgment is hereby entered in this matter in favor of the United States and against the Defendant, and, pursuant to Section 7A(g)(1) of the Clayton Act, 15 U.S.C. § 18a(g)(1), the Debt Collection Improvement Act of 1996, Pub. L. 104-134 § 31001(s) (amending the Federal Civil Penalties Inflation Adjustment Act of 1990, 28 U.S.C. § 2461), and Federal Trade Commission Rule 1.98, 16 C.F.R. § 1.98, 61 Fed. Reg. 54549 (Oct. 21, 1996), Defendant Iconix is hereby ordered to pay a civil penalty in the amount of $550,000. Payment of the civil penalty ordered hereby shall be made by wire transfer of funds or cashier's check. If the payment is made by wire transfer, Defendant Iconix shall contact Janie Ingalls of the Antitrust Division's Antitrust Documents Group at (202) 514-2481 for instructions before making the transfer. If the payment is made by cashier's check, the check shall be made payable to the United States Department of Justice and delivered to: Antitrust Documents Group, Department of Justice, Liberty Place, 325 7th Street, Suite 200, N.W., Washington, D.C., 20530. Defendant shall contact Ms. Ingalls at least 48 hours prior to payment to confirm the mode of payment. Defendant shall pay the full amount of the civil penalty within thirty (30) days of entry of this Final Judgment. In the event of a default in payment, interest at the rate of eighteen (18) percent per annum shall accrue thereon from the date of default to the date of payment.

III.

Each party shall bear its own costs of this action.

IV.

Entry of this Final Judgment is in the public interest.

Dated: _____, 2007.

_____

United States District Judge